# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEAN M. PERRIN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-399-Orl-KRS**

**JOHN B. WEBB & ASSOCIATES, INC.,**
**and JOHN B. WEBB,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S UNOPPOSED MOTION TO RE-OPEN ACTION (Doc. No. 33)**
>
> **FILED:** May 17, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

> **MOTION:** **PLAINTIFF'S MOTION FOR TAXATION OF ATTORNEY'S FEES AND COSTS (Doc. No. 34)**
>
> **FILED:** May 17, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion for attorney's fees is premature because the Court has not entered a judgment or approved a settlement agreement. *Cf. Goss v. Killian Oaks House of Learning*, 248 F. Supp. 2d 1162, 1167 (S.D. Fla. 2003) (applying the decision in *Buckhannon Bd. & Care Home, Inc. v. Dep't of Health and Human Resources,* 532 U.S. 598 (2001), in the context of a Fair Labor Standards Act case).

**DONE** and **ORDERED** in Orlando, Florida on May 24, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties