## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

JEAN M. PERRIN,

                    **Plaintiff,**

-vs-                                      **Case No. 6:04-cv-399-Orl-KRS**

JOHN B. WEBB & ASSOCIATES, INC., and
JOHN B. WEBB,

                    **Defendants.**

_____

### ORDER OF DISMISSAL

The Settlement Agreement and submitted by the parties (doc. no. 36 at 6-7) is hereby

**APPROVED**. The agreement reached by the parties is a fair and reasonable resolution of the claims

asserted by Jean M. Perrin against John B. Webb & Associates, Inc. and John B. Webb pursuant to the

Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq. See, e.g., Lynn's Food Stores, Inc. v. United

States*, 679 F.2d 1350 (11th Cir. 1982). The Court retains jurisdiction over this case in order to determine

the amount of attorney's fees and costs to which Perrin is entitled.

Accordingly, it is **ORDERED** that Perrin's claims against John B. Webb & Associates, Inc. and

John B. Webb are hereby dismissed with prejudice. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties